APR - 5 2004          NJR, CLOSED

AT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

# U.S. District Court
## Southern District of Illinois CM/ECF System (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:03-cv-00771-GPM

Sichra v. Putnam Funds, et al
Assigned to: Chief Judge G. Patrick Murphy
Referred to: Mag Judge Philip M. Frazier
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 11/19/03
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**Tom Sichra,** *individually and on behalf of all others similarly situated*

represented by **Andrew S. Friedman**
Bonnett, Fairbourn et al.
Generally Admitted
2901 North Central
Suite 1000
Phoenix, AZ 85012
602-274-1100
Fax : 602-274-1199
Email: afriedman@bffb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eugene Y Barash**
Korein Tillery - St. Louis
Generally Admitted
701 Market Street
Suite 300
St. Louis, MO 63101
314-241-4844
Email: ebarash@koreintillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis J. Balint, Jr.**
Bonnett, Fairbourn et al.
2901 North Central
Suite 1000
Phoenix, AZ 85012
602-274-1100

Fax : 602-274-1199 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George A. Zelcs**
Korein Tillery - Chicago
Cook County
70 West Madison Street
Suite 660, 3 First National Plaza
Chicago, IL 60602
312-641-9750
Fax : 312-641-9751
Email: gzelcs@koreintillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Stoia, Jr.**
Milberg, Weiss et al. - San Diego
401 B Street
Suite 1700
San Diego, CA 92101-3311
619-231-1058
Fax : 619-231-7423 fax
*TERMINATED: 02/27/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Tillery**
Korein Tillery - Swansea
Generally Admitted
10 Executive Woods Court
Swansea, IL 62226-2030
618-277-1180
Email: stillery@koreintillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Collyer**
Milberg, Weiss et al. - San Diego
401 B Street
Suite 1700
San Diego, CA 92101-3311
619-231-1058
Fax : 619-231-7423 fax
*TERMINATED: 02/27/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy G. Blood**
Milberg, Weiss et al. - San Diego
401 B Street
Suite 1700
San Diego, CA 92101-3311
619-231-1058
Fax : 619-231-7423 fax
*TERMINATED: 02/27/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Doyle, II**
Milberg, Weiss et al. - San Diego
401 B Street
Suite 1700
San Diego, CA 92101-3311
619-231-1058
Fax : 619-231-7423 fax
*TERMINATED: 02/27/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
------------------------

**Putnam Investment Funds**          represented by   **Ann C. Barron**
Bryan Cave - St. Louis
Generally Admitted
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
Email: acbarron@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. Donovan, Jr.**
Ropes & Gray
One International Place
Boston, MA 02110-2624
617-951-7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca R. Jackson**
Bryan Cave - St. Louis
Generally Admitted
211 North Broadway

|  |  |  |
|---|---|---|
|  |  | One Metropolitan Square, Suite 3600<br>St. Louis, MO 63102<br>314-259-2000<br>Email: rrjackson@bryancave.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Putnam Investment Management LLC** | represented by | **Ann C. Barron**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Donna L. McDevitt**<br>Skadden, Arps et al. - Chicago<br>Cook County<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606<br>312-407-0700<br>Fax : 312-407-0700<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Matthew R. Kipp**<br>Skadden, Arps et al. - Chicago<br>Cook County<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606<br>312-407-0700<br>Fax : 312-407-0700<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Rebecca R. Jackson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Seth M. Schwarz**<br>Skadden, Arps et al. - New York<br>Four Times Square<br>New York, NY 10036<br>212-735-3000<br>Fax : 212-735-2040 fax<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Filing Date | # | Docket Text |
|---|---|---|
| 11/19/2003 | 1 | COMPLAINT (Summons(es) issued) Filing fee pd $ 150.00 receipt # 300 98354 (trb) (Entered: 11/20/2003) |
| 11/19/2003 |  | Magistrate identification: Mag/Judge Clifford J. Proud (trb) (Entered: 11/20/2003) |
| 11/20/2003 |  | LETTER for PHV sent to attorneys George Zelcs, Eugene Barash, John Stoia,Jr , Timothy Blood, Susan Collyer, William Doyle II, Andrew Friedman and Francis Balint, Jr (trb) (Entered: 11/20/2003) |
| 12/19/2003 | 2 | ENTRY OF APPEARANCE and designation of lead counsel for defendants by Rebecca R. Jackson, Ann C. Barron (dmw) (Entered: 12/30/2003) |
| 12/19/2003 | 3 | MOTION by defendants to extend time to answer (dmw) (Entered: 12/30/2003) |
| 12/22/2003 | 4 | CJRA Track D assigned by Chief Judge G. P. Murphy; jury trial set for month of 7/05 before Chief Judge G. P. Murphy in the USDC/East St. Louis, IL (cc: all counsel) (dmw) (Entered: 12/30/2003) |
| 12/23/2003 | 6 | MOTION by defendant Putnam Investment for attorney Donna L. McDevitt to appear pro hac vice (dmw) (Entered: 12/31/2003) |
| 12/23/2003 | 7 | ORDER (NGJ/jp) granting motion for attorney Donna L. McDevitt to appear pro hac vice [6-1] for defendant Putnam Investment Management (cc: all counsel) $100.00 fee paid receipt #300 94261 (dmw) (Entered: 12/31/2003) |
| 12/23/2003 | 8 | MOTION by defendant Putnam Investment for attorney Matthew R. Kipp to appear pro hac vice (dmw) (Entered: 12/31/2003) |
| 12/23/2003 | 9 | ORDER (NGJ/jp) granting motion for attorney Matthew R. Kipp to appear pro hac vice [8-1] for defendant Putnam Investment Management (cc: all counsel) $100.00 fee paid receipt #300 94261 (dmw) (Entered: 12/31/2003) |
| 12/30/2003 | 5 | ORDER (NGJ/dw) granting motion to extend time to 1/20/04 to answer [3-1] (cc: all counsel) (dmw) (Entered: 12/30/2003) |
| 01/08/2004 | 10 | MOTION by defendant Putnam Investment for attorney Seth M. Schwarz to appear pro hac vice (dmw) (Entered: 01/14/2004) |

| | | |
|---|---|---|
| 01/08/2004 | 11 | ORDER (NGJ/tb) granting motion for attorney Seth M. Schwarz to appear pro hac vice [10-1] for defendant Putnam Investment Management (cc: all counsel) $100.00 fee paid receipt #300 94509 (dmw) (Entered: 01/14/2004) |
| 01/08/2004 | 12 | MOTION by defendants for extension of time to file response to motion for appointment of lead plaintiff and for approval of selection of class counsel (dmw) (Entered: 01/14/2004) |
| 01/12/2004 | 13 | NOTICE of Hearing:Telephone Scheduling Conference set for 2/19/2004 09:00 AM in East St. Louis Court House before Mag/Judge Clifford J. Proud. (dmw) (Entered: 01/17/2004) |
| 01/12/2004 | 14 | MOTION to Withdraw [12] Motion for Extension of Time by Putnam Investment Funds, Putnam Investment Management LLC. (dmw) (Entered: 01/17/2004) |
| 01/20/2004 | 15 | MOTION for Extension of Time by Putnam Investment Funds, Putnam Investment Management LLC. (Barron, Ann) (Entered: 01/20/2004) |
| 01/21/2004 | 16 | ORDER withdrawing [12] Motion for Extension of Time, granting 14 Motion to Withdraw . Signed by Judge G. Patrick Murphy on 1/21/04. (njr, ) (Entered: 01/21/2004) |
| 01/27/2004 | 17 | ORDER re 15, Granting 15 MOTION for Extension of Time filed by Putnam Investment Management LLC, Putnam Investment Funds.Response to complaint due by 3/15/2004.. Signed by Judge Clifford J. Proud on 1/27/04. (amv, ) (Entered: 01/28/2004) |
| 01/27/2004 | 18 | Motion and Order to Appear Pro Hac Vice granting appearance of Attorney John D. Donovan for Putnam Investment Funds. $100.00 fee paid,receipt number 300-94932 (dmw) (Entered: 01/28/2004) |
| 02/18/2004 | 19 | MOTION to Stay by Putnam Investment Funds, Putnam Investment Management LLC. (Attachments: # 1 Exhibit # 2 Exhibit # 3 # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit)(Barron, Ann) (Entered: 02/18/2004) |
| 02/19/2004 | 20 | ORDER OF RECUSAL. Judge Clifford J. Proud recused. Case reassigned to Judge Gerald B. Cohn for full pretrial no dispositive motions. Signed by Judge Clifford J. Proud on 2/19/04. (amv, ) (Entered: 02/19/2004) |
| 02/20/2004 | | Motions No Longer Referred to Magistrate Judge Clifford J. Proud: |

| | | 19 MOTION to Stay. (njr) (Entered: 02/20/2004) |
|---|---|---|
| 02/27/2004 | ●21 | ORDER OF RECUSAL. Judge Gerald B. Cohn recused. Case referral reassigned to Judge Philip M. Frazier for all further full pretrial proceedings. Signed by Judge Gerald B. Cohn on 2/19/04. (jms) (Entered: 02/27/2004) |
| 03/08/2004 | ●22 | ORDER granting 19 Motion to Stay as no response has been filed. Case is STAYED pending transfer to the Judicial Panel on Multidistrict Litigation . Signed by Judge G. Patrick Murphy on 03/08/2004. (njr) (Entered: 03/08/2004) |
| 03/29/2004 | ●23 | CONDITIONAL TRANSFER ORDER (CTO-1) re Docket No. 1586; transferring case to District of Maryland (myz ) (Entered: 03/31/2004) |